Paul S. Petterson
Attorney at Law
PO Box 219044
Portland, Oregon 97225-9044
503-341-6308

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CR 10-510-JO |
| ) | |
| v. ) | MOTION FOR SUBSTITUTION |
| ) | OF COUNSEL |
| JOSE TEXCO HILLARIO, ) | |
| ) | |
| Defendant. ) | |

    Defendant Jose Texco Hillario hereby moves the Court for an order immediately substituting appointed counsel.

    The reasons for this motion are as follows:

    1. Mr. Texco-Hillario advised the undersigned that he no longer wants to be represented by the undersigned attorney in this matter. Additionally, Mr. Texco Hillario indicated that he would like the Court to appoint him another CJA attorney as soon as possible;

    2. The undersigned counsel no longer wishes to represent Mr. Texco Hillario in this matter;

    3. The above-referenced circumstances have resulted in a breakdown of the attorney-client relationship in this case.

Therefore, the undersigned respectfully requests that the Court relieve him from further representation of Mr. Texco Hillario in this matter. Furthermore, the undersigned counsel request that the Court appoint another CJA attorney to represent Mr. Texco Hillario as soon as possible.

This is Mr. Texco Hillario's second request for a new attorney. As of the date of this motion, Mr. Texco Hillario is in custody at the Columbia County Jail in St. Helens, Oregon.

Mr. Texco Hillario's case is currently scheduled for trial on April 17, 2012.

For all of the above reasons, the undersigned respectfully requests that he be relieved from further representation in this matter and that another attorney be appointed to represent Mr. Texco Hillario as soon as possible.

RESPECTFULLY SUBMITTED March 7, 2012

*/S/Paul S. Petterson*
Paul S. Petterson, OSB 79474
Attorney for Defendant