**Ernest Warren, Jr. OSB #89138**
E-Mail: ewarren@warrenpdxlaw.com
Warren & Sugarman
838 S.W. First Avenue, Suite 500
Portland, Oregon 97204
Tel: (503) 228-6655
Fax: (503) 228-7019

**Attorney for Defendant Jose Texco Hillario**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>JOSE TEXCO HILLARIO,<br><br>           Defendant. | Case No. 3:10-cr-00510 JO<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR A CONTINUANCE OF SENTENCING DATE** |

**STATE OF OREGON     )**
                                          ) ss.
**County of Multnomah   )**

I, Ernest Warren, Jr., do depose and say:

1. I was appointed to represent Defendant Jose Texco Hillario effective on or about March 22, 2012.

2. Sentencing is currently scheduled for March 25, 2013.

3. This is defendant's first request to continue the sentencing date.

4. Defendant is out of custody pending sentencing.

Page 1 – **AFFIDAVIT IN SUPPORT OF MOTION FOR A CONTINUANCE OF SENTENCING DATE**

5.  Defendant requests this continuance to investigate and gather mitigation documents that would be relevant to reduce the Defendant's sentence.

6.  Assistant U.S. Attorney Thomas H. Edmonds has no objection to a Continuance of Sentencing date.

7.  I would request the Court to grant my Motion for a Continuance of the Sentencing Date for approximately 90 days to June 25, 2013.

DATED this 18th day of March, 2013.

RESPECTFULLY SUBMITTED,

Ernest Warren, Jr.
**Ernest Warren, Jr., OSB No. 89138**
Attorney for defendant

SUBSCRIBED AND SWORN to before me this 18th day of March, 2013.

Notary Public of Oregon
My Commission Expires: 11/25/15

OFFICIAL SEAL
ANTOINETTE M WATKINS
NOTARY PUBLIC-OREGON
COMMISSION NO. 461967
MY COMMISSION EXPIRES NOVEMBER 25, 2015

Page 2 – **AFFIDAVIT IN SUPPORT OF MOTION FOR A CONTINUANCE OF SENTENCING DATE**

WARREN & SUGARMAN
Attorneys at Law
Suite 500 • 838 SW 1st Ave • Portland, OR 97204
Tel: (503) 228-6655 Fax: (503) 228-7019

## CERTIFICATE OF SERVICE

I hereby certify that I have served a certified true copy of the AFFIDAVIT IN SUPPORT OF MOTION FOR A CONTINUANCE OF SENTENCING DATE in the attached matter upon the parties listed below by notice of electronic filing using the CM/ECF System as follows:

**Thomas H. Edmonds**
Assistant U.S. Attorney
1000 SW Third Ave., Suite 600
Portland, OR 97204-2902

and filed the original with the Court on the date listed below.

DATED this 18th day of March, 2013.

**WARREN & SUGARMAN**

Ernest Warren, Jr.
**Ernest Warren, Jr. OSB No. 89138**
Attorney for Defendant

Page 1 – **AFFIDAVIT IN SUPPORT OF MOTION FOR A CONTINUANCE OF SENTENCING DATE**

**WARREN & SUGARMAN**
Attorneys at Law
Suite 500 • 838 SW 1st Ave • Portland, OR 97204
Tel: (503) 228-6655 Fax: (503) 228-7019